# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEBRA ANN PEREIRA,**<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>**UNITED STATES DRUG ENFORCEMENT ADMINISTRATION,**<br><br>　　　　　Defendant. | **CASE NO. 1:13-CV-0884 AWI BAM**<br><br>**ORDER VACATING OCTOBER 7, 2013 HEARING DATE** |

　　Defendant has noticed for hearing and decision a motion to dismiss this action. The matter is currently scheduled for a hearing to be held on October 7, 2013. Plaintiff failed to file either an opposition or a notice of non-opposition 14 days before the hearing date. See Local Rule 230(c). The Court has reviewed the pending motion and the applicable law and has determined that the motion is suitable for decision without oral argument. See Local Rule 230(g).

　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 7, 2013 is VACATED, and no party shall appear at that time. As of October 7, 2013, the Court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　October 3, 2013　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE